OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

12/12/2014

02 1M
0004279596

$ 00.26⁵
DEC 18 2014
MAILED FROM ZIP CODE

TOBIN, TIMOTHY        Tr. Ct. No. D-1-DC-11-301449-A        WR-82,586-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



TIMOTHY TOBIN
TRAVIS CO. CORR. CEN.- TDC # 1434635
3614 BILL PRICE RD.                        U TF
DEL VALLE, TX 78617

N3B 78617